# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARK LEISER,

Plaintiff,

vs.

CHURCHILL COUNTY SCHOOL DISTRICT and DOES I-X,

Defendants.

Case No.: 3:18-cv-00452-LRH-CBC

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**AND ORDER THEREON**

Plaintiff, MARK LEISER, and Defendant, CHURCHILL COUNTY SCHOOL DISTRICT, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

//

//

//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: March 19, 2019.
LAW OFFICE OF MARK MAUSERT

/s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM

Attorneys for Plaintiff

Dated: March 19, 2019.
ERICKSON, THORPE & SWAINSTON

/s/ Rebecca Bruch
REBECCA BRUCH, ESQ.

Attorney for Defendant

**IT IS SO ORDERED.**

DATED this 20th day of March, 2019

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE